UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CASTANEDA,<br>  Plaintiff,<br><br>v.<br><br>BARTON, *et al.*,<br>  Defendants. | 1:20-cv-01088-DAD-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **MATTHEW CASTANEDA, CDCR #G-22251, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: April 26, 2022<br>TIME:  1:30 p.m. |

**Inmate Matthew Castaneda, CDCR #G-22251**, a necessary and material witness on his own behalf in a Settlement Conference on April 26, 2022, is confined at California Substance Abuse Treatment Facility, P.O. Box 5248, Corcoran, California 93212, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Stanley A. Boone on April 26, 2022, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **April 5, 2022**        /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

