# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CASTANEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARTON, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-01088-DAD-BAM (PC)<br><br>ORDER THAT INMATE MATTHEW CASTANEDA IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Matthew Castaneda is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on April 26, 2022. Inmate Matthew Castaneda, CDCR #G-22251, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 26, 2022**

UNITED STATES MAGISTRATE JUDGE